UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **VERAN JONES #312716,** <br> **Plaintiff** | **CIVIL DOCKET NO. 1:21-CV-03267-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **DIANE WILLIAMS, ET AL,** <br> **Defendants** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

### J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 21], noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Complaint [ECF No. 18] is DENIED and DISMISSED WITH PREJUDICE for failure to state a claim for which relief can be granted under 28 U.S.C. § 1915A.

THUS, DONE AND SIGNED in Chambers on this 1st day of December 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE